**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **MERRILL SERVICES, INC.,** | ) | **Case No.  24-90597** |
| | ) | |
| **Debtor.** | ) | **Chapter 11 (Subchapter V)** |

## BALLOT FOR ACCEPTING OR REJECTING
## SUBCHAPTER V PLAN OF REORGANIZATION WITH INSTRUCTIONS

### The Plan and Deadlines

The above Chapter 11 Debtor, **MERRILL SERVICES, INC.**, filed a **Subchapter V Plan of Reorganization under Chapter 11** (the "**Plan**") on **March 11, 2025.**

A copy of the Plan and Exhibits are enclosed, along with a copy of the Bankruptcy Court order of March 12, 2025, that sets certain deadlines and contains notice of a hearing on **May 7, 2025**, at **10:30 AM CST** at which confirmation of the Plan may be considered.

You should review the Plan before you vote, and you may want to seek legal advice about the Plan.  The Plan may be confirmed, and your rights affected, whether or not you return a ballot.  **If you hold claims or equity interests in more than one class, you may return a ballot for EACH class in which you are entitled to vote.**

### Ballot Instructions

**Attached is ballot to indicate whether you "accept" or "reject" the Plan.  Note that the ballot should <u>not</u> be filed with the Bankruptcy Court but instead returned to the attorney for the Debtor by email, fax or mail at the below address and <u>received</u> by <u>APRIL 16, 2025.</u>**

**YOU ARE ENCOURAGED TO RETURN A BALLOT, REGARDLESS OF WHETHER OR NOT YOUR CLAIM/INTEREST IS LABELLED IN THE PLAN AS "IMPAIRED" OR "UNIMPAIRED" AS THESE LABELS ARE NOT FINAL AND ARE SUBJECT TO FURTHER ORDERS OF THE BANKRUPTCY COURT**

Sumner A. Bourne
Rafool & Bourne, P.C.
401 Main Street, Suite 1130
Peoria, IL  61602
Telephone:  (309) 673-5535  Fax:  (309) 673-5537
Email:  sbourne@rafoolbourne.com

# <u>DESIGNATION OF VOTE</u>

**Name of Party/Entity:** _____

**Mailing Address:** _____

_____

_____

_____

**Contact Person:** _____

**Telephone:** _____

**Email Address:** _____

**Description of Claim/Class/Interest Voted:** _____

**Asserted Balance of Claim In Class:** $_____

The undersigned, a holder of a claim or interest in the case, votes as follows as to the Plan filed by the Debtor **MERRILL SERVICES, INC.** filed with the United States Bankruptcy Court for the Central District of Illinois on March 11, 2025:

**(_____) ACCEPT          (_____) REJECT**

**Dated: _____**

_____
**(Signature of Claim/Interest Holder or Its Authorized Agent)**

**\*\*\* MAIL, EMAIL OR FAX THIS COMPLETED BALLOT TO THE BELOW \*\*\***
**(Do <u>not</u> file with the Bankruptcy Court)**

**Sumner A. Bourne**
**Rafool & Bourne, P.C.**          **DEADLINE:**
**401 Main Steet, Suite 1130**     **<u>RECEIVED BY</u>**
**Peoria, IL  61602**             **<u>APRIL 16, 2025</u>**
**Fax:  (309) 673-5537**
**Email:  sbourne@rafoolbourne.com**